UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **CURTIS ALAN NEWMAN #99049** | **CASE NO. 5:25-CV-01202 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFFS DEPT BOSSIER PARISH ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 8], noting no written and filed objections filed by Plaintiff thereto,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

MONROE, LOUISIANA, this 26th day of November 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE